## Sandy Spring Bank

From here. For here.

---

Last statement: May 31, 2023　　　　　Page 1 of 1
This statement: June 30, 2023　　　　　17-549850-01
Total days in statement period: 30　　　(0)

　　　　　　　　　　　　　　　　　　　Direct inquiries to:
　　　　　　　　　　　　　　　　　　　800-399-5919

4649 HILLSIDE ROAD FLATS LLC
5614 CONNECTICUT AVE NW SUITE 134　　Sandy Spring Bank
WASHINGTON DC 20015-2604　　　　　　 17801 Georgia Ave
　　　　　　　　　　　　　　　　　　　Olney MD  20832


Flex Business Checking

　　Account number　　　　    ▅▅▅▅▅▅▅▅-01
　　Low balance　　　　　　　$1,497.80
　　Average balance　　　　　$1,497.80
　　　　　　　　　　　　　　　　Beginning bal　　　　$1,497.80
　　　　　　　　　　　　　　　　Total additions　　　　　　.00
　　　　　　　　　　　　　　　　Total subtractions　　　　　.00
　　　　　　　　　　　　　　　　Ending balance　　　　$1,497.80

　　　　　　　　** No activity this statement period **