# Sandy Spring Bank

From here. For here.

Last statement: June 30, 2023
This statement: July 31, 2023
Total days in statement period: 31

Page 1 of 1
17-549850-01
(0)

Direct inquiries to:
800-399-5919

4649 HILLSIDE ROAD FLATS LLC
5614 CONNECTICUT AVE NW SUITE 134
WASHINGTON DC 20015-2604

Sandy Spring Bank
17801 Georgia Ave
Olney MD  20832

Flex Business Checking

| | |
|---|---|
| Account number | ▮▮▮▮-01 |
| Low balance | $1,497.80 |
| Average balance | $1,497.80 |

| | |
|---|---|
| Beginning bal | $1,497.80 |
| Total additions | .00 |
| Total subtractions | .00 |
| Ending balance | $1,497.80 |

** No activity this statement period **