# Sandy Spring Bank

##XXH146ZDPCSTM

From here. For here.

Last statement: July 31, 2023          Page 1 of 1
This statement: August 31, 2023        50-01
Total days in statement period: 31     (0)

                                       Direct inquiries to:
                                       800-399-5919

4649 HILLSIDE ROAD FLATS LLC
5614 CONNECTICUT AVE NW SUITE 134      Sandy Spring Bank
WASHINGTON DC 20015-2604               17801 Georgia Ave
                                       Olney MD  20832

Flex Business Checking

     Account number         50-01
     Low balance            $1,497.80
     Average balance        $1,497.80
                               Beginning bal        $1,497.80
                               Total additions           .00
                               Total subtractions        .00
                               Ending balance       $1,497.80

          ** No activity this statement period **